STATE of Missouri, Respondent,

v.

**Willie WILLIAMS, Appellant.**

**Nos. WD 50283, WD 53041.**

Missouri Court of Appeals,
Western District.

Aug. 26, 1997.

Rosalynn Koch, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM.

Willie Williams appeals the circuit court's judgment convicting him of abuse of a child and the circuit court's denial of his Rule 29.15 motion for post-conviction relief. We affirm. Rules 30.25(b) and 84.16(b).

STATE of Missouri, Respondent,

v.

**Darrell Gene BOND, Appellant.**

**Nos. WD 51526, WD 53107.**

Missouri Court of Appeals,
Western District.

Submitted May 1, 1997.

Decided Aug. 26, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM:

Darrell Bond appeals his conviction for leaving the scene of a motor vehicle accident, § 577.060, RSMo 1994, for which he was sentenced as a prior and persistent offender to seven years imprisonment. He also appeals the denial of his Rule 29.15 motion for post-conviction relief. The court has carefully considered the arguments on appeal, and finds them to be without merit. A published opinion would have no precedential value. A memorandum as to the reasons for the decision has been furnished to the parties. The judgment of the trial court is affirmed. The judgment of the motion court is affirmed. Rules 84.16(b) and 30.25(b).